# United States Court of Appeals
## For the First Circuit

---

No. 13-2181

WILLIAM M. MCDERMOTT,

Plaintiff, Appellant,

v.

MARCUS, ERRICO, EMMER & BROOKS, P.C.,

Defendant, Appellee.

---

**ERRATA SHEET**

The opinion of this Court issued on December 29, 2014 is amended as follows:

On page 35, line 28, replace "fist" with "first".

On page 37, line 12, replace "(Mass. 1997)" with "(Mass. 1997))".